THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SLOAN STANLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendants. | CASE NO. C24-0108-JCC <br><br> ORDER |

This matter comes before the Court *sua sponte*. On August 8, 2024, the Court dismissed Plaintiffs' federal claims and declined to exercise supplemental jurisdiction over the remaining state law claims. (*See* Dkt. No. 47). The Court then granted Plaintiffs leave to file an amended complaint within 30 days. (*Id*. at 11.) The Court further indicated that if Plaintiffs failed to file an amended complaint, the Court would enter judgment. (*Id*.) To date, Plaintiffs have not filed an amended complaint. Accordingly, Plaintiffs' complaint (Dkt. No. 1) is DISMISSED without prejudice.

//
//
//
//
//

1   DATED this 10th day of September 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-0108-JCC
PAGE - 2