## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SLOAN STANLEY, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C24-0108-JCC |

___　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has so ORDERED that:

Plaintiffs' complaint is DISMISSED without prejudice.

　　　DATED this 10th day of September 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Kathleen Albert*
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk