HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SLOAN STANLEY and JACINTA STANLEY,<br><br>              Plaintiffs,<br>   v.<br><br>Detectives RANDE CHRISTIANSEN, NICHOLAS MEYST, and JASON STOLT, and Prosecutor GARY M. ERNSDORFF, individually,<br><br>              Defendants. | Case No. 2:24-cv-00108-RAJ<br><br>ORDER GRANTING JOINT MOTION OF ALL DEFENDANTS FOR 30-DAY EXTENSION OF TIME |

This matter comes before the Court on the Joint Motion of All Defendants for 30-Day Extension of Time to Respond to Plaintiffs' Partial Motion for Summary Judgment (the "Motion," Dkt. # 76). The Court, having reviewed the Motion, Plaintiffs' response in opposition to the Motion, Defendants' replies in support of the Motion, and all declarations and other filings in support of the foregoing (Dkt. ## 77–85), hereby **ORDERS**:

    1.    The Motion is **GRANTED**. Dkt. # 76.

ORDER - 1

    2.      The parties shall adhere to the following briefing schedule with respect to their competing motions for summary judgment:

    a. **February 19, 2026**: Deadline for Defendants to file any response(s) to Plaintiffs' Partial Motion for Summary Judgment (Dkt. # 73).

    b. **February 19, 2026**: Deadline for Defendants to file any cross-motion(s) for summary judgment.

    c. **February 26, 2026**: Deadline for Plaintiffs to file any reply in support of Plaintiffs' Partial Motion for Summary Judgment (Dkt. # 73).

    d. **March 12, 2026**: Deadline for Plaintiffs to file any response to any cross-motion(s) for summary judgment filed by Defendants.

    e. **March 19, 2026**: Deadline for Defendants to file any reply or replies in support of any cross-motion(s) for summary judgment filed by Defendants.

    3.      Plaintiffs' request to strike certain excerpts from the parties' January 9, 2026 meet-and-confer is **DENIED**. *See* Dkt. # 85 (citing Dkt. # 82 at 2, Dkt. # 83 ¶ 7).

Dated this 15th day of January, 2026.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2