WAWD – Praecipe (Revised 6/2021)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

|  | Plaintiff(s), | CASE NO. |
|---|---|---|
| v. |  | PRAECIPE |
|  | Defendant(s). |  |

To the Clerk of the above-entitled court:
You will please:

Dated                              Sign or use an "s/" and your name

Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1