HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SLOAN STANLEY and JACINTA STANLEY,

Plaintiffs,

v.

Detectives RANDE CHRISTIANSEN, NICHOLAS MEYST, and JASON STOLT, and Prosecutor GARY M. ERNSDORFF, individually,

Defendants.

Case No. 2:24-cv-00108-RAJ

ORDER

This matter comes before the Court on the Motion to Compel Discovery by City Defendants and the Motion to Compel Production by Defendant Ernsdorff (collectively, the "Motions"). Dkt. ## 58, 88. The Court has conducted a preliminary review of the Motions and all filings in support of and opposition thereto. Based on this review, the Court **ORDERS** the parties to file, within **ten (10) days** of the date of this Order, a Joint Status Report indicating whether each of the Motions has been resolved. To the extent that any disputes requiring judicial intervention remain, the parties are directed to identify in the Joint Status Report: (1) the steps

ORDER – 1

that have been taken to reach a resolution; (2) the current state of discovery, including what has and has not been produced to date in response to the discovery requests identified in each of the Motions; (3) each party's recommendations for resolving the dispute; and (4) existing areas of agreement.

Dated this 27th day of April, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2