The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SLOAN STANLEY, JACINTA STANLEY,         )
                                         )   No. 2:24-cv-108-RAJ
                        Plaintiffs,      )
                                         )
          vs.                            )   DECLARATION OF AMY
                                         )   MONTGOMERY RE: DISCOVERY
CITY OF SEATTLE, et al.,                 )   STATUS
                                         )
                        Defendants.      )
                                         )

I, Amy Montgomery, declare that:

1.      I am over 18 years of age. I have personal knowledge of the facts contained herein and am competent to testify thereto.

2.      I am the attorney for King County and Gary Ernsdorff ("County Defendants"). I have personal knowledge of the matters contained herein and I am competent to testify.

3.      I filed a Notice of Appearance on May 26, 2026 (Dkt. 135). A hearing on Plaintiff's Motion to Compel was held on June 9, 2026. The Court ordered that County Defendants conduct a review to assess whether the production of documents responsive to Plaintiffs' Requests for Production 7, 11, and 17 is complete. Dkt. 150.

DECLARATION OF AMY MONTGOMERY
RE: DISCOVERY STATUS [2:24-CV-108-RAJ] - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 Fax (206) 296-0191

4.      Request for Production 7 seeks professional writings authored by Gary Ernsdorff.  At the hearing on June 9, 2026, Plaintiff's Counsel indicated that he wanted writings similar to Dkt. 89-14, "Laser Use by Rioters As a Weapon Against Law Enforcement."  This document was prepared by Ernsdorff and SPD Lt. Dyment.  *Id.*  County Defendants have collected additional training materials authored by Ernsdorff.  Given the volume and breadth of materials, County Defendants will provide a list of folders of materials and will produce what is requested.  In addition, materials County Defendants believe are similar in nature to Dkt. 89-14 and are what Plaintiff is seeking will be provided by June 29, 2026.

5.      Request for Production 11 sought any draft certifications for King County Superior Court Cause # 17-1-04510-8 SEA.  Upon review, Defendants believe that this production is complete.  In total, nine copies of the Certification for Determination of Probable Cause have been produced.  Mr. Ernsdorff's emails have been searched.  The County Defendants' criminal file for that cause number has been produced.  No emails between Mr. Ernsdorff and Detective Christensen have been withheld for privilege.

6.      Request for Production 17 seeks documents of plea agreements involving Randy Burleson.  At the Motion to Compel hearing, Plaintiff requested that Mr. Ernsdorff and David Seaver's emails be reviewed.  After the hearing, email searches were conducted for both individuals using the term "Burleson."   In addition, all of Randy Burleson's cause numbers were searched.  144 emails have been reviewed, 27 will be produced to Plaintiff as responsive and not duplicative of other documents previously produced.

DECLARATION OF AMY MONTGOMERY
RE: DISCOVERY STATUS [2:24-CV-108-RAJ] - 2

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 Fax (206) 296-0191

7.      County Defendants also reviewed emails from Deputy Prosecuting Attorneys Kimberly Wyatt and Wes Brenner, both of whom were involved in Plaintiff's first criminal trial (King County Superior Court Cause Number 14-1-05975-9 SEA).  The date range of October 14, 2015 to present was searched and 489 emails were found. Those emails are under review and all responsive documents will be produced no later than June 29, 2026.

I declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury and the laws of the United States of America and the State of Washington.

DATED this 22nd day of June, 2026 at Seattle, Washington.

_____
AMY MONTGOMERY

DECLARATION OF AMY MONTGOMERY
RE: DISCOVERY STATUS [2:24-CV-108-RAJ] - 3

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 Fax (206) 296-0191