HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SLOAN STANLEY and JACINTA STANLEY,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, CITY OF SEATTLE, CLIFF BORJESON, RANDE CHRISTIANSEN, GARY ERNSDORFF, NICHOLAS MEYST, and JASON STOLT,<br><br>Defendants. | Case No. 2:24-cv-00108-RAJ<br><br>ORDER |

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Reconsideration of Order Denying *In Camera* Review (the "Motion," Dkt. # 176), and the declaration filed in support thereof (Dkt. # 177). Plaintiffs seek reconsideration of the Court's September 3, 2026 Order, Dkt. # 174, denying, as relevant here, Plaintiffs' request for *in camera* review of unredacted versions of twelve documents (Dkt. ## 160-3 through 160-14) filed in connection with their June 29, 2026 Motion for Discovery and *In Camera* Review (the "Motion as to County Defendants," Dkt. # 159). Defendants Gary Ernsdorff and King County (the "County Defendants") did not file any opposition or other response to the Motion. *See generally* Dkt. They accordingly do not appear to contest Plaintiffs' argument that reconsideration is

warranted because Plaintiffs believed that the pre-filing meet-and-confer requirement did not apply to the Motion as to County Defendants. Dkt. # 176. The Court accordingly **GRANTS** Plaintiffs' Motion for Reconsideration of Order Denying *In Camera* Review. Dkt. # 176.

The Court next revisits the request for *in camera* review set forth in Plaintiffs' Motion as to County Defendants. Dkt. # 159. The County Defendants initially argued that Plaintiffs failed to meet the standard for *in camera* review. Dkt. # 162 at 6. However, an exhibit to Plaintiffs' declaration in support of the instant Motion indicates that the County Defendants no longer oppose *in camera* review of the documents in question. *See* Dkt. # 177-1 at 2 ("That being said, in the interests of transparency, and despite the fact that we do not believe you have met the legal standard for compelling a review, King County will not oppose an in camera review should the Court elect to grant your motion for reconsideration.") The Court therefore revises its September 3, 2026, Order, Dkt. # 174, and **GRANTS** Plaintiffs' request for *in camera* review of the exhibits filed at Dkt. ## 160-3, 160-4, 160-5, 160-6, 160-7, 160-8, 160-9, 160-10, 160-11, 160-12, 160-13, and 160-14. The County Defendants are **ORDERED** to submit unredacted versions of the foregoing exhibits to the Court for *in camera* review by **November 6, 2026**.

Dated this 20th day of October, 2026.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge